UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Toni Broadnax,   Case No. 14-59276
  Chapter 13
  Debtor.   Hon. Marci B. McIvor
_____/

## ORDER REGARDING OPINION ON MOTION FOR RELIEF FROM ORDER CONFIRMING CHAPTER 13 PLAN AND SCHEDULING EVIDENTIARY HEARING

This matter is before the Court on Consumer Portfolio Services, Inc.'s Motion for Relief from Order Confirming Chapter 13 Plan. For the reasons stated in an Opinion issued with this Order,

IT IS HEREBY ORDERED that the Court will hold an evidentiary hearing on Monday, March 14, 2016 at 9:30 a.m. in Courtroom 1875, 211 West Fort Street, Detroit, Michigan. Both Debtor and CPS should be prepared to offer testimony. In addition, CPS must produce all relevant documentation, including copies of billing statements, phone logs, or other records indicating the dates and times CPS contacted Debtor regarding her obligations to CPS.

IT IS FURTHER ORDERED that the hearing scheduled for February 25, 2015 at 1:30 p.m. is hereby canceled.

Signed on February 18, 2016

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge